ACCEPTED
03-13-00301-CR
6206957
THIRD COURT OF APPEALS
AUSTIN, TEXAS
7/24/2015 9:04:18 AM
JEFFREY D. KYLE
CLERK

# PENNINGTONLAW PLLC

www.penningtonlawpllc.net

106 S. Harris St., Suite 125-126 Round Rock, Texas 78664

PH: (512) 255-2733                    FAX: (866) 736-3690

*July 24, 2015*

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
7/24/2015 9:04:18 AM
JEFFREY D. KYLE
Clerk

Jeffrey D. Kyle, Clerk
3rd Court of Appeals
PO Box 12547
Austin, Texas  78711-2547

      Re:    *Linda Cowan v. State of Texas; Appeal # 03-13-00301-CR*

Dear Mr. Kyle:

      In accordance with Rule 48.4, I certify that on July 14, 2015 I sent a copy of this Court's July 9, 2015 Opinion to Linda Cowan at her last known address.  That letter also advised Linda Cowan of her right to pursue a Petition for Discretionary Review according to Texas Rule of Appellate Procedure 68.  The letter and opinion were mailed using certified mail, return receipt requested.

      I am also enclosing a copy of this letter and certified mail receipt, which I would like file-marked and returned to me.  If you have any questions, please feel free to contact me.

                  Sincerely,

                  */s/Tyler Pennington*
                  Tyler Pennington
                  Attorney at Law

# PENNINGTON LAW PLLC

www.penningtonlawpllc.net

106 S. Harris St., Suite 125-126 Round Rock, Texas 78664

PH: (512) 255-2733                    FAX: (866) 736-3690

*July 14, 2015*

**VIA CMRRR 7015 0920 0002 0794 8842**
Linda Cowan
01842047
Christina Melton Crain Unit
1401 State School Road
Gatesville, TX 76599

*RE: Linda Cowan v. State of Texas; Appeal # 03-13-00301-CR; Trial Court No. 38985*

Dear Ms. Cowan,

On July 9, 2015, I received the opinion from the 3rd Court of Appeals. I am also enclosing the judgment from that court. The Court of Appeals ruled against you in that they found there was sufficient evidence to convict you, and their reasoning for why they upheld the trial court's judgment even in light of our arguments on appeal are contained in the enclosed opinion

The next level to your appeal would be to the Court of Criminal Appeals in Austin, Texas. The Court of Criminal Appeals is not required to hear appeals, unlike the 3rd Court of Appeals. The Court of Criminal Appeals has discretionary review authority in criminal cases. Should you decide to proceed to the next level of appeal in your case, therefore, you would need to file a Petition for Discretionary Review (PDR) within thirty days of the date of the opinion of the 3rd Court of Appeals pursuant to Texas Rule of Appellate Procedure 68. The date of the opinion was July 9, 2015, so a PDR would be due to be filed with the Court of Criminal Appeals no later than August 8, 2015. The address to the Court of Criminal Appeals is 201 West 14th Street, Room 106, Austin, Texas 78701. While I disagree with the Court's ruling, they considered the evidence in a thorough manner in reaching their decision. Should you feel otherwise, it would be up to you to draft and file the PDR in a timely manner. I would also be happy to discuss representing you on the Petition for Discretionary Review should you choose to proceed with the PDR.

Feel free to contact me if you have any questions.

Sincerely,

Tyler Pennington
Attorney at Law

## SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Linda Cowan
#01842047 TIA-14
Christina Mellon Crain Unit
1401 State School Road
Gatesville, TX 76599

2. Article Number
(Transfer from service label)

7015 0920 0002 0794 8842

## COMPLETE THIS SECTION ON DELIVERY

A. Signature

X _Kingston_    ☑ Agent
                ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
  Kingston                        7/5/15

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☑ Certified Mail®    ☐ Priority Mail Express™
☐ Registered         ☑ Return Receipt for Merchandise
☐ Insured Mail       ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)    ☐ Yes